### RESPUBLICA *verfus* POWELL.

THIS was an indictment againſt the Defendant, a baker employed by the army of the *United States,* for a cheat, in baking 219 barrells of bread, and marking them as weighing 88 lb. each, whereas they only feverally weighed 68 lb. The indictment being originally found at the *City Court,* in *October* Seſſions 1779, was removed by *Certiorari* into this Court.

And now *Lewis,* for the defendant, contended, that falſe tokens are only indictable by the St. of 33. *Hen.* 8. c. 1. which has no operation in *Pennfylvania;* and he cited 3 *Burr.* 1697 . 1 *Burn.* 291. 2 *Sefs. Ca.* 2.

The *Attorney General (Sergeant)* inſiſted, that the Defendant's office was a public truſt ; and cited 2 *Burr.* 1125. 1 *Hawk.* 187.

THE COURT faid, that this was clearly an injury to the public ; and the fraud the more eaſily to be perpetrated, ſince it was the cuſtom to take the barrels of bread at the marked weight, without weighing them again. The public indeed, could not by common prudence prevent the fraud, as the Defendant was himſelf the officer of the public *pro hac vice.* They were therefore of opinion, that the offence was indictable.

### JAMES's Claim.

THE cafe was this : *John Parrock* was attainted of *High Treaſon,* and his eſtate ſeized and advertiſed for ſale. *Abel James* filed a claim, according to the act of Aſſembly, paſſed the *6th day of March* 1778, in order to obtain a decree eſtabliſhing his right, to what, he alledged, was a veſted remainder in him, after the expiration of an eſtate for life, which, he contended, was all that *John Parrock* was poſſeſſed of in the premiſes, and he never had any iſſue.

The